# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*Anthony Charles Fritz*  v.  *Dora B. Schriro, et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 2:06-cv-02186-JWS

PROCEEDINGS:    **ORDER FROM CHAMBERS**          Date:  March 29, 2007

---

     In a report at docket 13, Magistrate Judge Aspey has recommended that the petition for a writ of habeas corpus be denied as untimely under the one-year statute of limitation contained in the Antiterrorism and Effective Death Penalty Act, commonly called "AEDPA."  Petitioner has filed objections at dockets 14 and has also filed a request for an evidentiary hearing or conference at docket 15.  Respondents filed a reply at docket 16.  For the reasons articulated in the reply at docket 16, the request for an evidentiary hearing will be denied.

     This court reviews recommendation from the magistrate judge in habeas cases according to the following standard:  All recommended conclusions of law and all recommended findings of fact as to which an objection has been taken are reviewed *de novo*; while all other recommended findings of fact are reviewed for clear error.  This court has applied that standard to the review of this matter.  Having done so, this court concludes that Judge Aspey's recommendation is correct in all material respects.  It is clear that the petition in this case is untimely under AEDPA.

     For the reasons above, the motion at docket 15 is **DENIED**, the report at docket 13 is **ACCEPTED**, and the petition for a writ of habeas corpus is **DENIED**.  The Clerk will please enter judgment which dismisses this case with prejudice.

---